# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH CUSHMAN,
                  Appellant,

vs.

TIMOTHY ATKINS; LAUGHLIN
JUSTICE COURT; CLIFF HOLDER;
AND KEVIN HANRATTY,
                  Respondents.

No. 79848

FILED

NOV 2 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a complaint. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. It appears the notice of appeal was untimely filed. Notice of entry of the order granting the motion to dismiss was served on August 14, 2019. However, appellant did not file the notice of appeal in the district court until October 14, 2019, well after the 30-day appeal period provided in NRAP 4(a)(1). An untimely notice of appeal fails to vest jurisdiction in this court. *See Healy v. Volkswagenwerk Aktiengesellschaft,* 103 Nev. 329, 741 P.2d 432 (1987). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
    Pickering

_____, J.
    Parraguirre

_____, J.
    Cadish

cc: Hon. Rob Bare, District Judge
Joseph Cushman
Hanratty Law Group
Clark County District Attorney
Eighth District Court Clerk